## UNITED STATES DISTRICT COURT
### Southern District of Florida
Case Number: 03-81110-CIV Hurley Hopkins

MAUREEN STEVENS, Individually and )
as Personal representative of the estate of )
Robert Stevens, deceased, and on behalf of )
NICHOLAS STEVENS, HEIDI HOGAN, )
CASEY STEVENS, survivors, )
                            )

       Plaintiff )

v. )

UNITED STATES OF AMERICA, )

       Defendant )

---

## DEFENDANT UNITED STATES OF AMERICA'S MOTION TO STAY PROCEEDINGS AND CERTIFICATE OF COMPLIANCE WITH S.D. Fla. L.R. 7-1

---

Defendant United States of America ("United States") hereby moves for a stay of proceedings in the above-captioned matter. The grounds for the motion, as set forth more fully in the accompanying memorandum of law,[1] are that a stay of this civil suit is necessary to avoid compromising the United States' active investigation of the anthrax attacks of fall 2001 and to avoid public disclosure of sensitive information concerning biological weapons such as anthrax.

In accordance with Local Civil Rule 7-1(A)(3)(a), counsel for the United States has conferred with Plaintiff's counsel in a good faith effort to resolve the issues raised in the motion and has been unable to do so. A proposed order are provided.

---

[1] On January 21, 2004, the United States filed an Unopposed Motion for Permission to File a Memorandum of Law Exceeding 20 Pages [Docket No. 7] in support of its Motion to Stay Proceedings.

Dated:  January 26 , 2004

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

JEFFREY S. BUCHOLTZ
Deputy Assistant Attorney General, Civil Division

J. PATRICK GLYNN, S.D. Fla. Bar No. A5500800
Director, Torts Branch

DAVID S. FISHBACK
Assistant Director, Torts Branch

CHRISTINA M. FALK, Trial Attorney
    S.D. Fla. Bar No. A5500802
LELAND VAN KOTEN, Senior Trial Counsel
QUYNH BAIN, Trial Attorney
KARA K. MILLER, Trial Attorney
JASON S. PATIL, Trial Attorney
    S.D. Fla. Bar No. A5500801
U S Department of Justice
Civil Division, Torts Branch
Environmental Torts Section
P.O. Box 340
Benjamin Franklin Station
Washington, D.C.  20044
Tel.: (202) 616-4216
Fax: (202) 616-4989
Email: Christina.Falk@usdoj.gov

*Attorneys for Defendant United States of America*

2