FILED by ___ D.C.
ELECTRONIC

**Jul 22 2004**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## Southern District of Florida
Case Number: 03-81110-CIV Hurley Hopkins

MAUREEN STEVENS, Individually and )
as Personal representative of the estate of )
Robert Stevens, deceased, and on behalf of )
NICHOLAS STEVENS, HEIDI HOGAN, )
CASEY STEVENS, survivors, )
                               )
      Plaintiff            )
                               )
v.                          )
                               )
UNITED STATES OF AMERICA, )
                               )
      Defendant       )

Consolidated For Discovery With:
Stevens v. Battelle Memorial, et al.
Case No. 04-80253 Hurley Hopkins

---

## DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS AND CERTIFICATE OF COMPLIANCE WITH S.D. Fla. L.R. 7-1

---

Defendant United States of America ("United States") hereby moves to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(1). The grounds for the motion, as set forth more fully in the accompanying memorandum of law, follow:

(1) Plaintiff's claim for "Strict Liability for Ultrahazardous Activity" (Count I) should be dismissed because the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671, *et seq.* ("FTCA"), does not waive the United States' sovereign immunity for any claim sounding in strict liability; and, thus, the Court lacks subject matter jurisdiction.

(2) Plaintiff's claim for "Negligence" (Count II) should be dismissed because the Court lacks subject matter jurisdiction under the FTCA where the alleged facts do not support liability under state law. 28 U.S.C. § 1346(b). Plaintiff's allegation that the United States had an actionable tort

- 1 -

duty to protect the decedent, in particular, from the anthrax killer, is unsupportable as a matter of

Florida law.  Nor could Plaintiff allege the United States had a special relationship with the

anthrax killer that would impose a duty on the government to control the killer for the decedent's

benefit.  The only relationship in which that duty might arise is the employer-employee

relationship; and the FTCA does not waive the United States' sovereign immunity for claims

"arising out of" intentional torts, such as assault and battery, that were committed by its

employees.  28 U.S.C. § 2680(h).

While Local Civil Rule 7-1(A)(3)(a) does not require the parties to confer prior to filing a

motion to dismiss, counsel for the United States has conferred with the affected parties' counsel

in a good-faith effort to resolve the issues raised in the motion.  Plaintiff opposes the motion.  A

proposed order is provided.

Dated:  July 22, 2004                              Respectfully Submitted,


                                                   PETER D. KEISLER
                                                   Assistant Attorney General, Civil Division

                                                   JEFFREY S. BUCHOLTZ
                                                   S.D. Fla. Bar No. A5500808
                                                   Deputy Assistant Attorney General, Civil Division

                                                   J. PATRICK GLYNN, S.D. Fla. Bar No. A5500800
                                                   Director, Torts Branch

                                                   DAVID S. FISHBACK
                                                   Assistant Director, Torts Branch

                                                           /s/ Jason S. Patil
                                                   _____
                                                   CHRISTINA M. FALK, Trial Attorney
                                                       S.D. Fla. Bar No. A5500802
                                                   LELAND VAN KOTEN, Senior Trial Counsel

- 2 -

QUYNH BAIN, Trial Attorney
KARA K. MILLER, Trial Attorney
JASON S. PATIL, Trial Attorney
    S.D. Fla. Bar No. A5500801
U.S. Department of Justice
Civil Division, Torts Branch
Environmental Torts Section
P.O. Box 340
Benjamin Franklin Station
Washington, D.C.  20044
Tel.: (202) 616-4216
Fax: (202) 616-4989
Email: Christina.Falk@usdoj.gov

*Attorneys for Defendant United States of America*

- 3 -

# UNITED STATES DISTRICT COURT
## Southern District of Florida
Case Number: 03-81110-CIV Hurley Hopkins

| | | |
|---|---|---|
| MAUREEN STEVENS, Individually and | ) | |
| as Personal representative of the estate of | ) | |
| Robert Stevens, deceased, and on behalf of | ) | |
| NICHOLAS STEVENS, HEIDI HOGAN, | ) | |
| CASEY STEVENS, survivors, | ) | |
| | ) | Consolidated for Discovery With: |
| Plaintiff | ) | Stevens v. Battelle Memorial, et al. |
| | ) | Case No. 04-80253 Hurley Hopkins |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant | ) | |

---

## [PROPOSED] ORDER

---

The Court, having considered Defendant United States of America's Motion to Dismiss, and the grounds therefor, finds that the Court lacks subject matter jurisdiction over Plaintiff's causes of action for the reasons set forth in Defendant United States of America's Memorandum of Law in Support of Its Motion to Dismiss.  Accordingly, the Court GRANTS the Defendant United States' Motion to Dismiss and ORDERS that Stevens v. United States, Civil Action No. 03-81110, be dismissed, with prejudice.

Dated _____, 2004

_____
Judge Daniel T. K. Hurley
United States District Judge

- 1 -

Counsel of record (to be noticed by facsimile):

Richard D. Schuler, Esq.                    Plaintiff
Jason Drew Weisser, Esq.
Schuler & Halvorson, P.A.
Barristers Building, Suite 4-D
1615 Forum Place
West Palm Beach, FL 33401
Fax (561) 684-9683

Jeffrey S. Bucholtz, Deputy Assistant      Defendant United States of America
Attorney General of the United States
J. Patrick Glynn, Director
Christina M. Falk, Trial Attorney
Jason S. Patil, Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C.  20044
Fax (202) 616-4473 / (202) 616-4989

Tami Azorsky, Esq.                          Defendants Battelle Memorial Institute
William T. O'Brien, Esq.                        and Bioport Corp. in consolidated case of
McKenna Long & Aldridge's                       Stevens v. Battelle Memorial, et al.,
1900 K Street NW                                Case No. 04-80253 Hurley Hopkins
Washington, DC 20006-1108
Fax (202) 496-7756

Gerald Zingone, Esq.                        Defendant Bioport Corp. in consolidated case of
Jeffrey R. Gans, Esq.                           Stevens v. Battelle Memorial, et al.,
Thelen Reid & Priest LLP                        Case No. 04-80253 Hurley Hopkins
701 Penn. Avenue, N.W., Ste 800
Washington, D.C. 20004-2608
Fax (202) 508-4321

Martin Briner Woods, Esq.                   Defendants Battelle Memorial Institute
Stearns Weaver Miller Weissler                  and Bioport Corp. in consolidated case of
Alhadeff & Sitterson                            Stevens v. Battelle Memorial, et al.,
200 E Broward Boulevard Suite 1900              Case No. 04-80253 Hurley Hopkins
Fort Lauderdale, FL 33301
Fax (954) 462-9567

- 2 -

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that he is an employee of the United States of America and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that he is causing a copy of the following:

**(1) DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS AND CERTIFICATE OF COMPLIANCE WITH S.D. Fla. L.R. 7-1; and**

**(2) PROPOSED ORDER**

to be served this date upon the parties, through counsel, in this action by **FEDERAL EXPRESS OVERNIGHT MAIL**, addressed as follows:

| | |
|---|---|
| Richard D. Schuler, Esq.<br>Jason Drew Weisser, Esq.<br>Schuler & Halvorson, P.A.<br>Barristers Building, Suite 4-D<br>1615 Forum Place<br>West Palm Beach, FL 33401<br>Tel. (561) 689-8180 | Plaintiff |
| Tami Azorsky, Esq.<br>William T. O'Brien, Esq.<br>McKenna Long & Aldridge's<br>1900 K Street NW<br>Washington, DC 20006-1108<br>Tel. (202) 496-7573 | Defendants Battelle Memorial Institute<br>and Bioport Corp. in consolidated case of<br>Stevens v. Battelle Memorial, et al.,<br>Case No. 04-80253 Hurley Hopkins |
| Gerald Zingone, Esq.<br>Jeffrey R. Gans, Esq.<br>Thelen Reid & Priest LLP<br>701 Penn. Avenue, N.W., Ste 800<br>Washington, D.C. 20004-2608<br>Tel. (202) 508-4000 | Defendant Bioport Corp. in consolidated case of<br>Stevens v. Battelle Memorial, et al.,<br>Case No. 04-80253 Hurley Hopkins |

- 1 -

Martin Briner Woods, Esq.                Defendants Battelle Memorial Institute
Stearns Weaver Miller Weissler               and Bioport Corp. in consolidated case of
Alhadeff & Sitterson                          Stevens v. Battelle Memorial, et al.,
200 E Broward Boulevard Suite 1900            Case No. 04-80253 Hurley Hopkins
Fort Lauderdale, FL 33301
Tel. (954) 462-9500

 I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

 Executed this Thursday, July 22, 2004, at Washington, D.C.


       /s/ Jason S. Patil
      _____
      Jason S. Patil, S.D. Fla. Bar No. A5500801
      Trial Attorney, U.S. Department of Justice

- 2 -