UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-81110-CIV-HURLEY

MAUREEN STEVENS, as
Personal Representative of the
ESTATE OF ROBERT STEVENS,
deceased, and on behalf of
MAUREEN STEVENS,
NICHOLAS STEVENS,
HEIDI HOGAN and
CASEY STEVENS, survivors,
  Plaintiff,

vs.

UNITED STATES OF AMERICA,
  Defendant.
_____/

ORDER COMPELLING PRODUCTION OF RECORDS FROM
NON-PARTY DR. DAVID S. IRWIN and/or
SHADY GROVE PSYCHIATRIC GROUP

**THIS CAUSE** is before the court upon the plaintiff's motion to compel production of certain medical and psychiatric records pertaining to the treatment of Dr. Bruce Ivins (now deceased) from non-party, Dr. David S. Irwin and/or Shady Grove Psychiatric Group filed October 26, 2010 [DE# 123]. The motion recites that plaintiff served a subpoena duces tecum upon Dr. Irwin and/or Shady Grove Psychiatric Group on August 27, 2010, but that to date, neither Dr. Irwin and/or Shady Grove Psychiatric Group have produced documents in response to the subpoena or filed objections to the subpoena pursuant to Fed. R. Civ. P. 45.

  The motion to compel bears a certificate of service indicating that both Dr. Irwin and Diane Ivins, Personal Representative of the Estate of Bruce Ivins, were served with a copy of the motion by U.S. mail on October 26, 2010. More than ten days has since elapsed since service of the motion upon these parties, and to date neither party has filed a response in opposition to the motion or otherwise asserted any objection to release of the medical records in question.

It is accordingly **ORDERED AND ADJUDGED**:

1. The plaintiff's motion to compel production of records pertaining to Dr. Bruce Ivins from Dr. David S. Irwin and/or Shady Grove Psychiatric Group [DE# 123] is **GRANTED.**

2. Dr. David S. Irwin and/or Shady Grove Psychiatric Group shall produce to the plaintiff by U.S. mail all records requested in the subpoena served August 27, 2010 forthwith, or be subject to sanctions to be determined by this court.

3. This court may hold in contempt any person who, having been duly served with subpoena, fails without adequate excuse to obey the orders of this court.

4. All records produced by Dr. Irwin and/or Shady Grove Psychiatric Group shall be subject to the provisions of Protective Order No. 7 previously issued by this court.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 15th day of November, 2010.

_____
Daniel T. K. Hurley
United States District Judge

cc. All counsel

Dr. David S. Irwin
Shady Grove Psychiatric Group
16220 Frederick Road, Suite 308
Gaithersburg, MD 20877-0402

Ms. Diane Ivins
Personal Representative
 of the Estate of Bruce Ivins
622 Military Road
Frederick, MD 21702