UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-81110-CIV-HURLEY

**MAUREEN STEVENS, as Personal Representative of
the Estate of ROBERT STEVENS, deceased, etc.,**
    **Plaintiff,**
v.

**UNITED STATES OF AMERICA,**
    **Defendant.**
_____/

### ORDER SETTING MOTION HEARING

**THIS CAUSE** is before the court upon the defendant's (1) motion to dismiss for lack of subject matter jurisdiction under the FTCA discretionary function exemption, 28 U.S.C. §2680(a) [DE# 165, 166]; (2) amended motion to dismiss for lack of subject matter jurisdiction under the FTCA assault and battery exception, or alternatively, for summary judgment based on the FTCA's private liability requirement and corresponding lack of cause-in-fact [DE# 173, 173-1] and (3) motion for summary judgment based on absence of proximate cause [DE# 172].

It is **ORDERED and ADJUDGED:**

The above motions are **SET** for hearing on **Wednesday, November 2, 2011 at 9:00 a.m.** at the United States Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 26th day of September, 2011.

                                                  Daniel T. K. Hurley
                                         United States District Judge

cc. All counsel