# Appendix A

## Consolidated List of Recommendations

1. **Army G3:**

    a. Promulgate a regulation identifying disqualifying factors and PSI requirements for workers with BSL access. Clearly identify personnel who are ineligible for BSL access (i.e. foreign nationals).

    b. Develop, implement and enforce stringent standards concerning the Army's Biological Agent Defense Program.

    c. Explore standardized accountability, inventory management and personnel training/screening requirements for contractor laboratories, which reflect the current need for heightened precautions in dealing with hazardous biological materials.

    d. As DOD Executive Agent for Biological Defense, effect necessary changes to the other Services biological agent storage programs to ensure that they develop, implement and enforce the same stringent standards as the Army.

    e. Develop, implement and enforce stringent standards regarding accountability, inventory management and personnel training/screening requirements for the Biological Agent Defense Program. Include standards for potentially disqualifying information and make the requirement to self-report reliability issues a condition of employment.

    f. Develop, implement and enforce regulatory requirements, which cover:

    (1) Implementation of a PSP so that a uniformed approach is not only known but practiced by employees.

    (2) Requirement that a VA be conducted.

    (3) Requirement for Physical Security Inspections of rooms containing biological material.

    (4) Implementation of key and lock, and badge control procedures.

"This document contains information EXEMPT FROM MANDATORY DISCLOSURE under the FOIA. Exemption 5 applies."

"Dissemination is prohibited except as authorized by AR 20-1."

**FOR OFFICIAL USE ONLY**

A-1

REMOVED FROM PROTECTIVE ORDER NOS. 3 AND 4
SUBJECT TO PROTECTIVE ORDER #3, Stevens v. U.S., No. 03-cv-081110
SUBJECT TO PROTECTIVE ORDER #4, Stevens v. U.S., No. 03-cv-081110
ARMY02-011109

  (5) Construction standards for rooms storing biological materials.

  (6) Army biological material stored at non-military facilities.

  (7) Access control to include badging, package checks, and entrance into restricted areas.

  (8) Areas requiring IDS and CCTV and their maintenance instructions.

  (9) Minimum physical security measures to be implemented.

  (10) Minimum training standards for personnel who provide security for biological material.

**2. Army G2:**

Review the sensitivity of positions with BSL access and include them in either the criteria for critical-sensitive or noncritical sensitive positions in AR 380-67, Personnel Security.

**3. Army G1:**

Identify personnel positions with BSL access as TDPs and incorporate this into AR 600-85, Alcohol, Drug Abuse Prevention and Control Program.

**4. OTSG:**

 a. Appoint an Occupational Medicine physician to oversee the Occupational Health program and to coordinate the activities of special immunizations programs to ensure that information required to assure the worker is safe and reliable is shared between both programs.

 b. Develop and implement a regulation, which addresses the requirements for special immunizations and personal protective equipment by personnel with BSL access.

**5. DAIG:**

Revise Army Regulation 20-1, Inspector General Activities and Procedures, to reflect the requirement to conduct compliance inspections of organizations with biological materials.

"This document contains information EXEMPT FROM MANDATORY DISCLOSURE under the FOIA. Exemption 5 applies."

"Dissemination is prohibited except as authorized by AR 20-1."

FOR OFFICIAL USE ONLY

A-2

REMOVED FROM PROTECTIVE ORDER NOS. 3 AND 4
SUBJECT TO PROTECTIVE ORDER #3, Stevens v. U.S., No. 03-cv-081110
SUBJECT TO PROTECTIVE ORDER #4, Stevens v. U.S., No. 03-cv-081110

ARMY02-011110

6. **Army Safety Office:**

   Incorporate a method in the safety regulation to enable differentiation of rooms that are certified for BSL2-BSL4 work from BSL rooms, which currently contain BSL2-BSL4 biological material.

7. **Installations with biological material:**

   a. Ensure that personnel security investigations correspond to the access required.

   b. Limit access by individuals to etiologic agents during periods of personal security reinvestigations or if an issue arises concerning an individuals' security qualifications.

   c. Establish a roster identifying individuals and their social security numbers, PSI type and date, clearance, and their highest approved BSL to assist with access and to monitor the status of PSIs and clearances.

   d. Improve coordination between the research activities and the Health Clinics to ensure that the Occupational Health services adequately address potential medical problems that may impact workers' abilities to reliably and safely perform their duties.

   e. Ensure that key and lock, badge control, and access control SOPs are updated and adhered to.

   f. Ensure that stored biological materials are properly and adequately secured at all times.

"This document contains information EXEMPT FROM MANDATORY DISCLOSURE under the FOIA. Exemption 5 applies."

"Dissemination is prohibited except as authorized by AR 20-1."

REMOVED FROM PROTECTIVE ORDER NOS. 3 AND 4
~~SUBJECT TO PROTECTIVE ORDER #3, Stevens v. U.S., No. 03-cv-081110~~
~~SUBJECT TO PROTECTIVE ORDER #4, Stevens v. U.S., No. 03-cv-081110~~

ARMY02-011111

# Appendix B

## Glossary of Abbreviations

| | |
|---|---|
| AMC | Army Materiel Command |
| APA | Army Public Affairs |
| ARSTAF | Army Staff |
| ASO | Army Safety Office |
| ATEC | Army Test and Evaluation Command |
| BDRP | Biological Defense Research Program |
| BSL | Biosafety Level |
| CCTV | Closed Circuit Television |
| CDC | Center for Disease Control |
| DA | Department of the Army |
| DAIG | Department of the Army Inspector General |
| DOD | Department of Defense |
| DODIG | Department of Defense Inspector General |
| ECBC | Edgewood Chemical Biological Center |
| G1 | Personnel |
| G2 | Intelligence |
| G3 | Operations and Plans |
| HQDA | Headquarters Department of the Army |
| IDS | Intrusion Detection System |
| MACOM | Major Army Command |
| MEDCOM | Army Medical Command |

"This document contains information EXEMPT FROM MANDATORY DISCLOSURE under the FOIA. Exemption 5 applies."

"Dissemination is prohibited except as authorized by AR 20-1."

**FOR OFFICIAL USE ONLY**

B-1

REMOVED FROM PROTECTIVE ORDER NOS. 3 AND 4
SUBJECT TO PROTECTIVE ORDER #3, Stevens v. U.S., No. 03-cv-081110
SUBJECT TO PROTECTIVE ORDER #4, Stevens v. U.S., No. 03-cv-081110
ARMY02-011112

| | |
|---|---|
| OTSG | Office of the Surgeon General |
| PSI | Personnel Security Investigation |
| PSP | Physical Security Plan |
| SOP | Standard Operating Procedure |
| TDP | Testing Designated Position |
| USAMRIID | U.S. Army Medical Research Institute of Infectious Diseases |
| USDA | U.S. Department of Agriculture |
| VA | Vulnerability Assessment |
| VCSA | Vice Chief of Staff of the Army |
| WDTC | West Desert Test Center |

"This document contains information EXEMPT FROM MANDATORY DISCLOSURE under the FOIA. Exemption 5 applies."

"Dissemination is prohibited except as authorized by AR 20-1."

**FOR OFFICIAL USE ONLY**

B-2

REMOVED FROM PROTECTIVE ORDER NOS. 3 AND 4
SUBJECT TO PROTECTIVE ORDER #3, Stevens v. U.S., No. 03-cv-081110
SUBJECT TO PROTECTIVE ORDER #4, Stevens v. U.S., No. 03-cv-081110

ARMY02-011113