UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-CIV-81110-HURLEY

**MAUREEN STEVENS, as
Personal Representative of
THE ESTATE OF ROBERT STEVENS, etc.,**
    **plaintiff,**

vs.

**UNITED STATES OF AMERICA,**
    **defendant.**
_____/

### ORDER TERMINATING PENDING MOTIONS AS MOOT

**THIS CAUSE** is before the court following plaintiff's notice of settlement and request for stay pending finalization of settlement [DE# 236].

In light of the pendency of settlement, it is **ORDERED AND ADJUDGED**:

The Clerk of Court is directed to **TERMINATE as MOOT** all pending motions [DE# 155, 165, 172, 173, 200, 225, 226, 227, 229, 230, 231, 234, 239].

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 9th day of November, 2011.

                                                  Daniel T. K. Hurley
                                                United States District Judge

cc.
all counsel