UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-81110-CIV-HURLEY

MAUREEN STEVENS, as Personal Representative of
the Estate of ROBERT STEVENS, deceased, etc.,
   Plaintiff,
v.

UNITED STATES OF AMERICA,
   Defendant.
_____/

### ORDER DIRECTING COMPLIANCE WITH OCTOBER 20, 2011 ORDER

**THIS CAUSE** is before the court following entry of an order to show cause [DE# 238] why the October 20, 2011 order of this court, directing a public filing of select documents previously submitted under seal in connection with various pretrial proceedings, should not be enforced according to its terms. Both parties have since responded to the show cause order indicating their agreement to a public filing of the documents in question.

It is accordingly **ORDERED and ADJUDGED:**

All parties to this cause are directed to fully comply with the prescriptions of the October 20, 2011 order directing the public filing of select documents within **FIVE (5) DAYS** from the date of entry of this order.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 14th day of November, 2011.

_____
Daniel T. K. Hurley
United States District Judge

cc. All counsel

For updated court information, see unofficial website at www.judgehurley.com