UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 9:03-81110-Civ-Hurley/Hopkins

MAUREEN STEVENS, as personal )
representative of the Estate of ROBERT )
STEVENS, deceased, and on behalf of )
MAUREEN STEVENS, individually, )
NICHOLAS STEVENS, HEIDI HOGAN, )
and CASEY STEVENS, survivors, )
                                                )
      Plaintiffs, )
                                                )
        vs. )
                                                )
UNITED STATES OF AMERICA, )
                                                )
     Defendant. )
                                                /

## UNITED STATES' NOTICE OF COMPLIANCE WITH OCTOBER 20, 2011, ORDER

In response to the Court's Order Directing Compliance [DE# 246], the United States hereby submits this Notice that it has filed public copies of the documents that are no longer subject to Protective Orders #3 and #4 pursuant to this Court's Order on October 20, 2011 [DE#232], and that were previously filed under seal as exhibits in previous motions. The United States filed the documents in question on November 3, 2011, as exhibits to its Response to the Court's Order to Show Cause.[1] [DE# 243] That filing also includes an Appendix A that identifies all the instances in which each relevant document was previously filed as an exhibit to the parties' recent briefs. By that filing, the United States was in full compliance with the

---

[1] Two of these documents, which are two versions of the Army Inspector General (IG) report, contain personal information about various non-senior individuals that we have redacted to protect the privacy rights of these individuals. Ex. 4 [DE# 243-5] at ARMY02-011083, 011092-011093; Ex. 13 [DE# 243-14] at ARMY02-010041-01042. The information is proper for redaction under Protective Order #1 [DE# 88] protecting privacy information, and would have been so redacted if the document had not instead been produced wholly under seal subject to Protective Order #3 and #4.

1

Court's orders.[2]

Dated:  November 14, 2011                     Respectfully Submitted,


                                                      J. PATRICK GLYNN, Director, S.D. Fla. Bar No. A5500800
DAVID S. FISHBACK, Asst. Director
CHRISTINA M. FALK, Asst. Director, S.D. Fla. Bar No. A5500802
KIRSTEN L. WILKERSON, Sr. Trial Counsel, S. D. Fla. Bar No. A5501363
LEON B. TARANTO, Trial Attorney, S.D. Fla. Bar No. A5501416
ADAM M. DINNELL, Trial Attorney, S. D. Fla. Bar No. A5501284
JACQUELINE C. BROWN, Trial Attorney, S.D. Fla. Bar No. A5501424
JASON S. PATIL, Trial Attorney, S.D. Fla. Bar No. A5500801


                                                      /Kathryn N. Boling
KATHRYN N. BOLING
 S.D. Fla. Bar No. A5501484
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division, Torts Branch
1331 Pennsylvania Ave. NW, Ste. 8206N
Washington, D.C. 20004
(202) 307-0101
Kathryn.n.boling@usdoj.gov
*Attorneys for Defendant United States*

---

[2] As the United States informed Plaintiffs' counsel and stated in its Response to the Court's Order to Show Cause, the United States did not file excerpts relied on solely by Plaintiffs herein, although it did identify them in its Appendix A.  [DE# 243]

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 9:03-81110-Civ-Hurley/Hopkins

MAUREEN STEVENS, as personal )
representative of the Estate of ROBERT )
STEVENS, deceased, and on behalf of )
MAUREEN STEVENS, individually, )
NICHOLAS STEVENS, HEIDI HOGAN, )
and CASEY STEVENS, survivors, )
)
    Plaintiff, )
)
vs. )
)
UNITED STATES OF AMERICA, )
)
    Defendant. )
_____/

**Certificate of Service**

I hereby certify that on November 14, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List by transmission of Notices of Electronic Filing generated by CM/ECF.

                                                        s/Kathryn N. Boling
                                                        Kathryn N. Boling

## SERVICE LIST
### Stevens v. United States, Case No. 03-81110-CIV-HURLEY/HOPKINS
### United States District Court, Southern District of Florida

Richard D. Schuler, Esquire
FBN: 158226
rschuler@shw-law.com
Schuler, Halvorson & Weisser
1615 Forum Place, Suite 4-D
West Palm Beach, FL 33401
Tel. 561-689-8180; Fax 561-684-9683
Attorney for Plaintiffs

Jason D. Weisser, Esquire
FBN: 101435
jweisser@shw-law.com
Schuler, Halvorson & Weisser
1615 Forum Place, Suite 4-D
West Palm Beach, FL 33401
Tel. 561-689-8180; Fax 561-684-9683
Attorney for Plaintiffs