UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 9:03-81110-Civ-Hurley/Hopkins

MAUREEN STEVENS, as personal )
representative of the Estate of ROBERT )
STEVENS, deceased, and on behalf of )
MAUREEN STEVENS, individually, )
NICHOLAS STEVENS, HEIDI HOGAN, )
and CASEY STEVENS, survivors, )
                                                                      )
      Plaintiff, )
                                                       )
      vs. )
                                                       )
UNITED STATES OF AMERICA, )
                                                       )
      Defendant. )
                                                      /

## NOTICE OF SETTLEMENT

Plaintiffs and Defendant ("the parties") hereby notify this honorable court that they have entered into an agreement to settle the case. The parties state as follows:

(1) On November 9, 2011, this Court entered an order [DE#244] suspending all deadlines in this case to allow the parties to finalize settlement. The order provided that if the parties did not file a Notice of Settlement by November 30, 2011, they would have to request a status conference with the Court.

(2) S.D. Fla. L.R. 16.2(f)(2) provides that "[i]n the event that the parties reach an agreement to settle the case … counsel shall promptly notify the Court of the settlement by filing a notice of settlement signed by counsel of record …"

(3) On November 23, 2011, the parties entered into an agreement for compromise settlement and release of all claims pursuant to 28 U.S.C. §2677.

(4) Pursuant to S.D. Fla. L.R. 16.2(f)(2) the parties will subsequently "submit an

appropriate pleading concluding the case."

(5) As the parties have now filed their Notice of Settlement, they will not request a status conference with the Court.

Respectfully Submitted,

ON BEHALF OF PLAINTIFFS:

Date: 11/28/11

RICHARD D. SCHULER, Esq.
Fla. Bar No. 158226
JASON D. WEISSER, Esq.
Fla. Bar No. 101435
Schuler, Halvorson & Weisser
1615 Forum Place, Suite 4-D
West Palm Beach, FL 33401
Tel. 561-689-8180
Attorneys for Plaintiffs

ON BEHALF OF DEFENDANT:

TONY WEST
Assistant Attorney General, Civil Division

J. PATRICK GLYNN
S.D. Fla. Bar No. A5500800
Director, Torts Branch
1331 Pennsylvania Ave., NW, Ste 800 South
Washington, D.C. 20004
(202) 616-4200

DAVID S. FISHBACK
CHRISTINA M. FALK
S.D. Fla. Bar No. A5500802
Assistant Directors, Torts Branch

KIRSTEN L. WILKERSON
S. D. Fla. Bar No. A5501363

appropriate pleading concluding the case."

(5) As the parties have now filed their Notice of Settlement, they will not request a status conference with the Court.

Respectfully Submitted,

ON BEHALF OF PLAINTIFFS:

Date: _____

RICHARD D. SCHULER, Esq.
Fla. Bar No. 158226
JASON D. WEISSER, Esq.
Fla. Bar No. 101435
Schuler, Halvorson & Weisser
1615 Forum Place, Suite 4-D
West Palm Beach, FL  33401
Tel. 561-689-8180
Attorneys for Plaintiffs

ON BEHALF OF DEFENDANT:

TONY WEST
Assistant Attorney General, Civil Division

Date: Nov. 23, 2016

J. PATRICK GLYNN
S.D. Fla. Bar No. A5500800
Director, Torts Branch
1331 Pennsylvania Ave., NW, Ste 800 South
Washington, D.C. 20004
(202) 616-4200

DAVID S. FISHBACK
CHRISTINA M. FALK
S.D. Fla. Bar No. A5500802
Assistant Directors, Torts Branch

KIRSTEN L. WILKERSON
S. D. Fla. Bar No. A5501363

Senior Trial Counsel, Torts Branch

     /s/ Kathryn N. Boling
KATHRYN N. BOLING
 S.D. Fla. Bar No. A5501484
JACQUELINE C. BROWN
 S.D. Fla. Bar No. A5501424
ADAM M. DINNELL
 S. D. Fla. Bar No. A5501284
JASON S. PATIL
 S.D. Fla. Bar No. A5500801
LEON B. TARANTO
 S.D. Fla. Bar No. A5501416
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
Civil Division, Torts Branch

Attorneys for Defendant United States

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 9:03-81110-Civ-Hurley/Hopkins

| | |
|---|---|
| MAUREEN STEVENS, as personal representative of the Estate of ROBERT STEVENS, deceased, and on behalf of MAUREEN STEVENS, individually, NICHOLAS STEVENS, HEIDI HOGAN, and CASEY STEVENS, survivors,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>/ |

**Certificate of Service**

I hereby certify that on November 28, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List by transmission of Notices of Electronic Filing generated by CM/ECF.

　　　　　　　　　　　　　　　　　　　　  s/Kathryn N. Boling
　　　　　　　　　　　　　　　　　　　　Kathryn N. Boling

## SERVICE LIST
### Stevens v. United States, Case No. 03-81110-CIV-HURLEY/HOPKINS
### United States District Court, Southern District of Florida

| | |
|---|---|
| Richard D. Schuler, Esquire | Jason D. Weisser, Esquire |
| FBN: 158226 | FBN: 101435 |
| rschuler@shw-law.com | jweisser@shw-law.com |
| Schuler, Halvorson & Weisser | Schuler, Halvorson & Weisser |
| 1615 Forum Place, Suite 4-D | 1615 Forum Place, Suite 4-D |
| West Palm Beach, FL 33401 | West Palm Beach, FL 33401 |
| Tel. 561-689-8180; Fax 561-684-9683 | Tel. 561-689-8180; Fax 561-684-9683 |
| Attorney for Plaintiffs | Attorney for Plaintiffs |