UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NUMBER: 9:03-cv-81110-CIV-HURLEY/HOPKINS

MAUREEN STEVENS, as Personal
Representative of the Estate of
ROBERT STEVENS, Deceased, and
on behalf of MAUREEN STEVENS,
Individually, NICHOLAS STEVENS,
HEIDI HOGAN and CASEY STEVENS,
Survivors,

    Plaintiffs,

vs

UNITED STATES OF AMERICA,
    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), it is hereby stipulated and agreed by and between the undersigned counsel as follows:

1. That the Plaintiffs dismiss all claims against the Defendant, UNITED STATES OF AMERICA, with prejudice.

2. The Plaintiffs shall be responsible for resolving their outstanding liens.

3. The parties shall bear their own costs and attorney's fees.

4. The parties have further agreed that in lieu of returning confidential documents which are subject to any Protective Orders entered in this case to the Defendant, Plaintiffs and their experts will provide certification in writing within thirty (30) days that the documents will be/have been destroyed by shredding in a manner that the data will not be recognizable and beyond reconstruction.

5. The United States agrees that it will review all of the confidential or protected information subject to Protective Orders #1 through #8 for any information it is required to maintain in its master file pursuant to its federal record-keeping obligations. The United States will destroy or return all confidential or protected materials not required to be maintained as part of its master case file, in a manner consistent with its obligations under each of the applicable protective orders. The United States will notify the National Archives and Records Administration, as necessary under 36 C.F.R. 1226.14(e), of any permanent or unscheduled records destroyed for the purposes of complying with any of the protective orders entered in this case.

6. The Defendant agrees to destroy all copies of the Threat Assessment Group's proprietary information produced to the Defendant, in the same manner by shredding beyond recognition or reconstruction and provide certification in writing within thirty days that this information will be/has been destroyed.

Dated: This 29 day of Nov., 2011.

Richard D. Schuler, Esquire
Schuler, Halvorson, Weisser & Zoeller
1615 Forum Place Suite 4-D
Barristers Building
West Palm Beach, FL 33401
Telephone: 561-689-8180
Facsimile: 561-684-9683
rschuler@shw-law.com

J. Patrick Glynn, Esquire
United States Department of Justice
Civil Division Torts Branch
P.O. Box 340 Ben Franklin Station
Washington, DC 20044
Telephone: 202-616-4200
Facsimile: 202-616-4473
j.patrick.glynn@usdoj.gov

I HEREBY CERTIFY that a copy of the foregoing has been furnished to all counsel of record on the attached list by electronic filing this 30th day of Nov, 2011.

SCHULER, HALVORSON, WEISSER & ZOELLER, P.A.
Barristers Building, Suite 4-D
1615 Forum Place
West Palm Beach, FL  33401
Telephone:  (561) 689-8180
Attorneys for Plaintiff

By: *[signature]*
RICHARD D. SCHULER
FLORIDA BAR NO: 158226
JASON D. WEISSER
FLORIDA BAR NO: 101435

## SERVICE LIST Counsel of Record:

**PLAINTIFF - STEVENS**

Jason D. Weisser, Esquire
Schuler, Halvorson, Weisser & Zoeller, P.A.
1615 Forum Place, Suite 4-D
West Palm Beach, FL 33401
Telephone:     561-689-8180
Facsimile:      561-684-9683
jweisser@shw-law.com

Richard D. Schuler, Esquire
Schuler, Halvorson, Weisser & Zoeller, P.A.
1615 Forum Place, Suite 4-D
West Palm Beach, FL 33401
Telephone:     561-689-8180
Facsimile:      561-684-9683
rschuler@shw-law.com

**DEFENDANT – USA**

Christina M. Falk, Esquire
United States Department of Justice
Civil Division Torts Branch
P.O. Box 340 Ben Franklin Station
Washington, DC 20044
Telephone:     202-616-4216
Facsimile:      202-616-4473
Christina.falk@usdoj.gov

J. Patrick Glynn, Esquire
United States Department of Justice
Civil Division Torts Branch
P.O. Box 340 Ben Franklin Station
Washington, DC 20044
Telephone:     202-616-4200
Facsimile:      202-616-4473
j.patrick.glynn@usdoj.gov

Jason S. Patil
United States Department of Justice
Civil Division Torts Branch
P.O. Box 340 Ben Franklin Station
Washington, DC 20044
Telephone:     202-616-3852
Facsimile:      202-616-4473
Jason.patil2@usdoj.gov

Leon B. Taranto, Esquire
United States Department of Justice
Civil Division Torts Branch
P.O. Box 340 Ben Franklin Station
Washington, DC 20044
Telephone:     202-616-4231
Facsimile:      202-616-4473
Leon.B.Taranto@usdoj.gov

Kirsten L. Wilkerson, Esquire
United States Department of Justice
1331 Pennsylvania Avenue, NW
Room 80145, National Place Building
Washington, DC 20004
Telephone:     202-353-7750
Facsimile:      202-616-4473
kirsten.wilkerson@usdoj.gov

Jacqueline C. Brown, Esquire
United States Department of Justice
Civil Division Torts Branch
P.O. Box 340 Ben Franklin Station
Washington, DC 20044
Telephone:     202-616-9386
Facsimile:      202-616-4989
Jacqueline.c.brown@usdoj.gov

Adam M. Dinnell, Esquire
United States Department of Justice
Civil Division, Torts Branch
1331 Pennsylvania Avenue, NW 8004S,
Washington, DC 20004
Telephone:     202-616-4211
Facsimile:      202-616-4473
Adam.Dinnell@usdoj.gov

Kathryn N. Boling
United States Department of Justice
Civil Division, Environmental Torts
1331 Pennsylvania Avenue, NW 8206N,
Washington, DC 20004
Telephone:     202-307-0101
Kathryn.n.boling@usdoj.gov