Sweta Vohra
35-31 78th Street #1
Jackson Heights, NY 11372

November 16th, 2020

The Honorable Judge Daniel T.K. Hurley
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street, Room 202
West Palm Beach, FL 33401

**Re: Case number 03-81110-CIV-HURLEY/HOPKINS Stevens vs. United States**

To: The Honorable Judge Hurley

My name is Sweta Vohra and I am a documentary filmmaker and journalist in New York City. I am writing to request access to and copies of a selection of the video depositions taken for the civil lawsuit, Stevens vs. United States, case # 03-81110. The specific depositions that I am requesting and the date they were recorded are as follows:

Jeffrey Adamovicz
Deposition date: 6/10/2011

Jean Duley
Deposition date: 1/19/2011

Patricia Fellows
Deposition date: 11/4/2010

Kristi Friend
Deposition date: 6/9/2011

Naomi Heller
Deposition date: 1/20/2011

Peter Jahrling
Deposition date: 6/7/2011

Mara Linscott
Deposition date: 2/10/2011

Judith McClean
Deposition date: 1/12/2011

FILED BY _____ D.C.
NOV 23 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Patricia Worsham
Deposition date: 2/7/2011

The reason for my request is to use portions of these depositions as part of a documentary that will look at the impacts of the 2001 anthrax attacks and examine the man thought to be behind the attacks, Bruce Edward Ivins. We hope that the depositions with those that were colleagues of Mr. Ivins could help shed light on his professional conduct and who he was as a person. We also hope it can help understand the complexities of such an investigation and the lessons that were learned. With these goals in mind, I believe these depositions are of public interest and can complete a story that has often been forgotten.

I want to be clear that we are not setting out to re-investigate any portion of the FBI's "Amerithrax" case conclusions. Additionally, this documentary is a production of BBC Studios and will be streamed/distributed by Netflix.

Please let me know if I can provide further details or answer specific questions. And many thanks for your consideration.

Sincerely,

Sweta Vohra, Producer
512.527.4096
swetavohra@gmail.com
sweta.vohra@bbc.co.uk

Sweta Kalra
35-31 78th St. #1
Jackson Heights, NY 11372

The Honorable Judge T.K. Hurley
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street, Room 202
West Palm Beach, FL 33401

PLACE THIS LABEL TO THE LEFT OF THE POSTAGE

**USPS TRACKING® NUMBER**

9505 5065 6256 0322 1783 75

U.S. POSTAGE
$8.45
PM 3-Day
11372 0004
Date of sale
11/17/20
06          2SS
11478370

Expected De
11/21/20